UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **GRUMA CORPORATION** | § | |
| | § | |
| v. | § | No. 4:09-cv-488-MHS-ALM |
| | § | |
| **MEXICAN RESTAURANTS, INC.** | § | |

## ORDER GRANTING BILL OF COSTS

Before the Court is Plaintiff Gruma Corporation's Motion for Bill of Costs (Doc. No. 135). Pursuant to Federal Rule of Civil Procedure 54(d)(1), a prevailing party is generally awarded costs of court as a matter of course. In this case, Plaintiff is the prevailing party. Defendant submitted no response to Plaintiff's motion, but the Plaintiff's certificate of conference indicates that Defendant objects to Plaintiff's bill for (1) fees for printed or electronically recorded transcripts, and (2) fees for exemplification and the costs of making copies of any materials. Having considered the motion, the undisputed facts, and the applicable law, the Court **GRANTS** Plaintiff's Motion for Bill of Costs. Accordingly, Defendant is **ORDERED** to pay Plaintiff $ 7,352.34 as costs of court.

It is SO ORDERED.

SIGNED this 19th day of March, 2014.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE